1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  LOWELL C. POWELL  (CABN 235446)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California  94102
       Telephone:    (415) 436-7368
7      Facsimile:    (415) 436-7234
       Email: lowell.powell2@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )    NO. CR 11-0030 JSW
                                       )
15          Plaintiff,                 )
                                       )
16     v.                              )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME UNDER 18
17  MARIO ACOSTA MANCILLA,             )    U.S.C. § 3161
        a/k/a Mario Acosta,            )
18      a/k/a Mario Mancilla,          )
                                       )
19          Defendant.                 )
                                       )
20  _____   )

21          On January 19, 2011, the parties in this case appeared before the Court.  At that time, the

22  Court set the matter to March 3, 2011 before the Honorable Jeffrey S. White.  The parties have

23  agreed to exclude the period of time between January 19, 2011 and March 3, 2011, from any time

24  limits applicable under 18 U.S.C. § 3161.  The parties have represented that granting the

25  exclusion would allow the reasonable time necessary for effective preparation of counsel.  *See* 18

26  U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting

27  such an exclusion of time outweigh the best interests of the public and the defendant in a speedy

28  ///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0030 JSW                                                                          1

1   trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this

2   agreement.  **SO STIPULATED**:

3                                           MELINDA HAAG
4                                           United States Attorney

5

6   DATED: January 20, 2011                 _____/s/_____
                                            LOWELL C. POWELL
7                                           Special Assistant United States Attorney

8

9   DATED: January 20, 2011                 _____/s/_____
                                            LOREN D. STEWART
10                                          Attorney for MARIO ACOSTA MANCILLA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0030 JSW                                                              2

[PROPOSED] ORDER

For the reasons stated above and at the January 19, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from January 19, 2011 through March 3, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would unreasonably deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

DATED: 2 Han 11

THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge